IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEWART CHARLES BOND,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5790

Opinion filed February 16, 2016.

An appeal from an order of the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Stewart Charles Bond, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of January 11, 2016, the Court has determined that the order on appeal is not a final, appealable order. See Fla. R. Crim. P. 3.850(f)(2); Young v. State, 66 So. 3d 1076 (Fla. 1st DCA 2011). Accordingly, the appeal is dismissed. The dismissal is without prejudice to seek appellate review upon rendition of a final order disposing of appellant's motion for post-conviction relief.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.